IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00576-WDM

UNITED STATES OF AMERICA,
    Plaintiff,
v.

RONALD ANDREW COLEMAN, a/k/a Kirk William Coleman, a/k/a Shawn Colman,
    Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendant Coleman's *pro se* "Petition for a Writ of Habeas Corpus Ad Prosequend[u]m" (filed May 12, 2008) (doc. # 39). Pursuant to the memorandum dated May 13, 2008 (doc. # 40), this matter was referred to the Magistrate Judge.

    Mr. Colman remains represented by the Office of the Federal Public Defender for the District of Colorado. The court cannot consider a *pro se* motion from a defendant who is represented by counsel. Accordingly,

    IT IS ORDERED that Mr. Colman's *pro se* "Petition for a Writ of Habeas Corpus Ad Prosequend[u]m" (filed May 12, 2008) (doc. # 39) is STRICKEN.

    DATED at Denver, Colorado, this 27th day of May, 2008.

                                         BY THE COURT:

                                         s/Craig B. Shaffer
                                         United States Magistrate Judge