IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-576-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD ANDREW COLMAN,

    Defendant.
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on the supervised release violation will be held **February 24, 2011, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: December 9, 2010

                                                    s/Jane Trexler, Judicial Assistant